02/28/2014 13:00 FAX ☑002/003

# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/14/2015 8:02:45 AM
CATHY S. LUSK
Clerk

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12 - 14 - 00266 CR -**

Trial Court Style: The State of Texas vs. Raymond Smith Jr.

Trial Court & County: Angelina County, Texas          Trial Court No.: 2014-0261

Date Trial Clerk's Record Originally Due: 11-14-2014

Date Court Reporter's/Recorder's Record Originally Due: 11-31-2014

Anticipated Number of Pages of Record: 1,000

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record;

☒    Other. (Explain.):    Still working on it.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by ___7/24/15___ and I hereby request an additional ___9___ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

7-13-15

Date

Signature *W. Madison-Lindsey*

936-671-4078

Office Phone Number

Printed Name   Whitney Madison -Lindsey

wmadison-lindsey@angelinacounty.net

E-mail Address (if available)

Official Title  Official Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12ᵗʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: April Ayers-Perez                            Name:

Address: P.O. Box 908                              Address:

Lufkin, Texas 75902

Phone no.: 936-632-5090                            Phone no.:

Attorney for: State of Texas                       Attorney for:

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: John Henry Tatum                             Name:

Address: 111 N. Second St.                         Address:

Lufkin, Texas

Phone no.: 936-634-5594                            Phone no.:

Attorney for: Raymond Smith Jr                     Attorney for:

Additional                    information,                    if                    any: